# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -01291(1,2) |
| | § |
| (1) Draylon Floyd | § |
| (2) Ryan Matthew Brashier | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 26, 2022** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with and other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, Emmanuel Josue David Herrera-velasquez, Rody Obed Domingo-garcia and Luis Alfredo Jimenez-colin, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "On May 27, 2022, defendants, Ryan Brashier and Draylon Floyd, U.S. Citizens, were arrested near Del Rio, TX for conspiracy to transport illegal aliens. Defendants were found driving a black 2020 Dodge Challenger on Hwy 277 but accelerated at a high rate of speed. Agents initiated a vehicle stop but vehicle kept driving

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Jester, Michael C
Border Patrol Agent

06/01/2022                       at   DEL RIO, Texas
File Date                             City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE        Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -01291(1,2)

(1) Draylon Floyd
(2) Ryan Matthew Brashier

**Continuation of Statement of Facts:**

and eventually stopped in the middle of the lane. Defendants were transporting three illegal aliens. Agents tried to arrest the driver, but he resisted, and placed vehicle on drive. Agents tried to place vehicle on park, but driver kept resisting. Agents moved the shifter to neutral and driver accelerated the vehicle. Eventually the vehicle was turned off and driver was arrested. FLOYD admitted picking up illegal aliens at a church. BRASHIER refused to give a statement. Photos of load vehicle and pick-up location were found in DOMINGO-Garcia, Rody's phone."

_____
Signature of Judicial Officer

_____
Signature of Complainant